CITY OF FORT MEADE, *et al.*, v. STATE, *ex rel.* JOSIE R. LYON.

162 So. 352.
Opinion Filed June 22, 1935.

*Nat J. Patterson,* for Plaintiffs in Error;

*Huffaker & Edwards,* for Defendant in Error.

PER CURIAM.—This is a companion case to that of City of Fort Meade, *et al.,* v. State, *ex rel.* F. H. Rose, and the judgment herein should be affirmed on authority of the opinion and judgment entered in the said companion case at this Term of the Court.

It is so ordered.

Affirmed.

183

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BU-FORD and DAVIS, J. J., concur.